# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In re: JOSEPH PAWLAK, as titled owner of and for a 24' 2006 World Cat Boat, etc.**[1]

      Petitioner,

Case No: 6:19-cv-2105-Orl-22DCI

## ORDER

This cause is before the Court on Petitioner's Motion for Entry of Final Default Judgment for Exoneration from Liability Against All Claimants Not Filing a Claim in this Action (Doc. 40) filed on February 21, 2020.

The United States Magistrate Judge has submitted a report recommending that the Motion be **GRANTED**. On January 24, 2020, Huy Tran; American Honda Motor Co., Inc.; and Salty Maine Services, Inc. d/b/a Sea Tow Daytona/Ponce/New Smyrna filed their Answers and Counterclaims. Docs. 22-24, 26. The Clerk entered default on February 14, 2020 against any other potential claimants. Doc. 38.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 10, 2020 (Doc. No. 43) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Default Judgment is hereby **GRANTED**. The Clerk is **DIRECTED** to enter a Final Default Judgment of Exoneration from Liability against all claimants having an

---
[1] Hull identification number EPYBB035D606, her engines, tackle, and appurtenances.

interest in this matter, other than Huy Tran; American Honda Motor Co., Inc.; and Salty Maine Services, Inc. d/b/a Sea Tow Daytona/Ponce/New Smyrna, pursuant to Rule 55 and Supplemental Rule F(5), for failure to file a timely claim or answer in this matter.

**DONE** and **ORDERED** in Orlando, Florida on March 30, 2020.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties